1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAIME ARIAS-MALDONADO,

11            Plaintiff,                    No. CIV S-08-0216 GEB KJM P

12        vs.

13   D. K. SISTO. et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Accordingly, plaintiff's application will be dismissed

20   and plaintiff will be provided the opportunity to submit the application on the appropriate form.

21   Plaintiff is cautioned that he must also provide a certified copy of his prison trust account

22   statement for the six month period immediately preceding the filing of his complaint.

23            In accordance with the above, IT IS HEREBY ORDERED that:

24            1.  Plaintiff's application to proceed in forma pauperis (doc. no. 2) is dismissed

25   without prejudice;

26   ////

1

1      2.  The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner; and

3      3.  Plaintiff shall submit, within thirty days from the date of this order, a

4   completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

5   will result in a recommendation that this action be dismissed without prejudice.

6   DATED:  February 8, 2008.

7   _____
    U.S. MAGISTRATE JUDGE

8

9   /hk
    aria0216.3d

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2