1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAIME ARIAS-MALDONADO,

11          Plaintiff,                    No. CIV S-08-0216 GEB KJM P

12      vs.

13   D.K. SISTO, et al.,

14          Defendants.               <u>ORDER</u>

15   _____/

16          Plaintiff has requested an extension of time to file a second amended complaint

17   pursuant to the court's order of June 4, 2008.

18          Plaintiff  has also filed a "notice of petition" (docket no. 14) asking the court not

19   to enforce a dismissal order issued by the Northern District of California before the case was

20   transferred to this district.  The order from the Northern District concerned deficiencies in

21   plaintiff's request to proceed in forma pauperis, which have been corrected in this district.

22   /////

23   /////

24   /////

25   /////

26   /////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (docket no. 15) is granted.

2. Plaintiff shall file a second amended complaint on or before August 4, 2008.

3. No action will be taken on the "notice of petition" (docket no. 14).

DATED:  July 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
aria0216.36