IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARIAS-MALDONADO, | ) Civ. No. 02:08-00216 JMS/BMK |
| | ) |
| Plaintiffs, | ) ORDER (1) VACATING THE |
| | ) DECEMBER 15, 2010 ORDER |
| vs. | ) ADOPTING MAGISTRATE JUDGE'S |
| | ) FINDINGS AND RECOMMENDATION; |
| D.K. SISTO, et al., | ) AND (2) SETTING FORTH DEADLINE |
| | ) FOR OBJECTIONS TO MAGISTRATE |
| Defendants. | ) JUDGE'S FINDINGS AND |
| | ) RECOMMENDATION |
| _____ | ) |

### ORDER (1) VACATING THE DECEMBER 15, 2010 ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION; AND (2) SETTING FORTH DEADLINE FOR OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On November 19, 2010, U.S. Magistrate Judge Barry M. Kurren filed his Findings and Recommendation that Plaintiff Jaime Arias-Maldonado's ("Plaintiff") Motion for Summary Judgment be denied (the "November 19 F&R"). Because no objections were filed, the court adopted November 19 F&R on December 15, 2010 (the "December 15 Order"). The Clerk's Office subsequently determined, however, that the November 19 F&R was mistakenly never sent to Plaintiff. Because Plaintiff has not received a copy of the November 19 F&R, the court VACATES the December 15 Order adopting the November F&R. The court further directs the Clerk's Office to mail Plaintiff a copy of the November 19 F&R,

the December 15 Order, and this Order.

If Plaintiff wishes to file an objection to the November 19 F&R, he may do so by January 5, 2011. If Plaintiff fails to file an objection by that date, the court will adopt by the November 19 F&R.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 15, 2010.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Arias-Maldonado v. Sisto*, Civ. No. 02:08cv00216 JMS; Order (1) Vacating the December 15, 2010 Order Adopting Magistrate Judge's Findings and Recommendation; and (2) Setting Forth Deadline for Objections to Magistrate Judge's Findings and Recommendation