IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAIME ARIAS-MALDONADO, | ) | Civ. No. 02:08-00216 JMS-BMK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | APPLICATION TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS |
| | ) | |
| D.K. SISTO, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA
PAUPERIS

On April 7, 2008, pro se prisoner Jaime Arias-Maldonado ("Plaintiff") filed an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. # 9.) Magistrate Judge Kimberly J. Mueller granted Plaintiff's application in an order dated June 4, 2008. (Doc. # 12.) On September 13, 2010, Plaintiff filed a second application to proceed IFP. (Doc. # 42.) This Court denied that application in an order dated November 8, 2010, explaining that Plaintiff had already been granted IFP status. (Doc. # 52 at 3.) Despite this Court's order, Plaintiff, on February 2, 2011, filed a third application to proceed IFP. (Doc. # 65.) This application is denied because again, Plaintiff is proceeding IFP. Plaintiff need not file another application to proceed IFP in this case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 23, 2011.



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Jaime Arias-Maldonado v. D.K. Sisto, et al.; Civ. No. 02:08-00216 JMS-BMK; ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS .

2